◼   In the Matter of the Claim of NEAL WEINSTEIN, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—The Unemployment Insurance Appeal Board fully considered the claimant's factual allegations, and issues of credibility are for the board. The decision is supported by substantial evidence *(Matter of Greenfield [Levine]*, 38 AD2d 643, mot for lv to app den 31 NY2d 641) and the appeal has no substantial merit. Decision affirmed, without costs. No opinion (CPLR 5522). Greenblott, J. P., Kane, Larkin, Herlihy and Reynolds, JJ., concur.